# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Ian Andre Persaud ,

        Plaintiff(s),                  JUDGMENT IN A CIVIL CASE

vs.                                             3:12-cv-00509-FDW

USA,

        Defendant(s).

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 11/26/2012 Order.

                                                  Signed: November 26, 2012

                                                  Frank G. Johns, Clerk
                                                  United States District Court